IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

JESSICA SMITH and DENNA HENDRIX,
individually and on behalf of all others
similarly situated                                                                                          PLAINTIFFS

v.                                  Case No. 4:21-cv-00733 KGB

SALEM PLACE NURSING AND
REHABILITATION CENTER, INC.                                                        DEFENDANT

## ORDER

Before the Court is an unopposed motion for voluntary dismissal without prejudice filed by plaintiffs Jessica Smith and Denna Hendrix, individually and on behalf of all others similarly situated (Dkt. No. 8).  Ms. Smith and Ms. Hendrix wish to dismiss voluntarily the instant lawsuit (*Id.*, ¶ 2).  Counsel for Ms. Smith and Ms. Hendrix represents that defendants do not oppose the motion (*Id.*, ¶ 3).  For good cause shown, the Court grants the motion and dismisses without prejudice the complaint (Dkt. No. 8).

It is so ordered this 21st day of September, 2021.

                                                                          _____
                                                                          Kristine G. Baker
                                                                          United States District Judge